Edwin A. Zipf
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys for Defendant,
  Citigroup Global Markets, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, a New York corporation, and JOHN DOES 1-10,<br><br>            Defendants. | Civil Action No. 2:11-cv-5550<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE** |

      This matter having been opened to the Court upon the application of Bressler, Amery & Ross, P.C., counsel for Defendant Citigroup Global Markets, Inc. ("Citigroup"), and David W. Fassett, Esq., counsel for Plaintiff Lord Abbett Municipal Income Fund, Inc., having consented to the relief set forth herein, and the Court having noted the consent of the parties to the form and entry of this Order; and for good cause shown,

      IT IS on this __31st__ day of October, 2011,

ORDERED that the time in which Citigroup may file an Answer to Plaintiff's Complaint, or otherwise move, is hereby extended from October 28, 2011 through and including December 5, 2011.

                                                                                  _____
                                                                                 Hon. Joseph A. Dickson, U.S.M.J.

The undersigned counsel of record hereby acknowledge
their consent to the form and entry of this Order:

ARSENEAULT WHIPPLE FASSETT
  & AZZARELLO, LLP
Attorneys for Plaintiff,
  Lord Abbett Municipal Income Fund, Inc.

By:_____
       David W. Fassett, Esq.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Defendant,
  Citigroup Global Markets, Inc.

By:_____
       Edwin A. Zipf, Esq.

1388032_1