Edwin A. Zipf
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys for Defendant,
Citigroup Global Markets, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS, a new York Corporation, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 2:11-cv-5550 <br><br> **PROPOSED ORDER GRANTING** *PRO HAC VICE ADMISSIONS* |

1. **THIS MATTER**, having been brought before the Court on the application of Defendant Citigroup Global Markets, Inc. ("Citigroup"), by its local counsel, Bressler, Amery & Ross, P.C., for an Order Granting Admission *Pro Hac Vice* to Marshall H. Fishman, Timothy P. Harkness, and Cheryl L. Howard of the law firm Freshfields Bruckhaus Deringer US LLP, and the Court having reviewed the moving papers and any papers submitted in opposition and for good cause having been shown:

It is on this _____ day of November, 2011,

2. **ORDERED** that Marshall H. Fishman, Esq., Timothy P. Harkness, Esq., and Cheryl L. Howard, Esq. of the law firm Freshfields Bruckhaus Deringer US LLP, be

and hereby are admitted to appear *pro hac vice* in this action, provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by local counsel of record and a member in good standing of the Bar of the State of New Jersey, who shall be responsible for said papers, the conduct of the cause and the conduct of the attorneys admitted herein; and,

**IT IS FURTHER ORDERED** that Marshall H. Fishman, Esq., Timothy P. Harkness, Esq., and Cheryl L. Howard, Esq. shall each make payment of $150.00 to the United States District Court, payable to the Clerk, U.S.D.C., in accordance with Local Rule 101.1(c)(3), and such payments to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a); said fees are to be deposited within twenty (20) days of the date of the entry of this Order; and,

**IT IS FURTHER ORDERED** that Marshall H. Fishman, Esq., Timothy P. Harkness, Esq., and Cheryl L. Howard, Esq. shall be bound by the Local Civil Rules for the United States District Court for the District of New Jersey; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of this Order to the Treasurer of the State Fund within five (5) days of its dated entry.

_____
The Honorable Joseph A. Dickson, U.S.M.J.

Dated: November _____, 2011

Copies to:

    All Counsel of Record and/or *Pro Se* Parties