John A. Azzarello (JAA 4363)
David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
Telephone: (973) 635-3366

Michael P. Cillo
Joshua D. Franklin
DAVIS & CERIANI, P.C.
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
(*Pro Hac Vice* Application Pending)

Attorneys for Plaintiff Lord Abbett Municipal Income Fund, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation<br><br>Plaintiff.<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, a New York corporation, and JOHN DOES 1-10<br><br>Defendants. | ELECTRONICALLY FILED<br><br>Civil Action No. 11-5550 (CCC) (JAD) |

**ORDER GRANTING MOTION TO ADMIT
MICHAEL P. CILLO AND JOSHUA D. FRANKLIN *PRO HAC VICE***

THIS MATTER having come before the Court on the motion of counsel for Plaintiff for an Order admitting Michael P. Cirillo and Joshua D. Franklin to appear before this Court *pro hac vice* for the purpose of acting as counsel for Plaintiff in this action; and the Court having

considered the submissions in support of that motion; and no party having opposed that motion; and for good cause shown;

IT IS on this 9th day of November, 2011,

ORDERED that the foregoing motion be, and hereby is, GRANTED; and it is further

ORDERED that Michael P. Cirillo and Joshua D. Franklin be, and hereby are, admitted to appear before this Court *pro hac vice* for the purpose of acting as counsel for Plaintiff in this action; provided, however, that all papers filed with the Court on behalf of Plaintiff shall be signed by counsel of record for Plaintiff and a member in good standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted herein; and it is further

ORDERED that for the duration of this action, Michael P. Cirillo and Joshua D. Franklin shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days of entry of this Order; and it is further

ORDERED that, for the duration of this action, Michael P. Cirillo and Joshua D. Franklin shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including the provisions of Local Civil Rule 104.1 <u>Discipline of Attorneys</u>; and it is further

ORDERED that, for the duration of this action, Michael P. Cirillo and Joshua D. Franklin shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended; and it is further

ORDERED that Michael P. Cirillo and Joshua D. Franklin shall each make payment of $150.00, for the *Pro Bono* fund, to the Clerk of the United States District Court for the District of New Jersey, in accordance with Local Civil Rule, Appendix K, within twenty (20) days after the date of the entry of this Order.

*[signature]*

_____
Honorable Claire C. Cecchi, U.S.D.J., **November 9, 2011**