Edwin A. Zipf
BRESSLER, AMERY & ROSS
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
(973) 514-1200
Attorneys for Defendant,
 Citigroup Global Markets, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, a new York corporation, and JOHN DOES 1-10,<br><br>                    Defendants. | Civil Action No. 2:11-cv-5550<br><br>**CONSENT ORDER EXTENDING TIME TO MOVE TO DISMISS THE COMPLAINT AND SETTING FORTH A BRIEFING SCHEDULE** |

This matter having been opened to the Court upon the application of Bressler Amery & Ross, P.C., counsel for Defendant Citigroup Global Markets Inc. ("Citigroup"), and David W. Fassett, Esq., counsel for Plaintiff Lord Abbett Municipal Income Fund, Inc. ("Lord Abbett"), and the Court having noted the consent of the parties to the form and entry of this Order; and for good cause shown,

IT IS on this _____ day of December, 2011,

ORDERED that the time in which Citigroup may file a Motion to Dismiss the Complaint is hereby extended from December 5, 2011 through and including December 12, 2011.

FURTHER ORDERED that Lord Abbett has until January 30, 2012 to file a response to Citigroup's Motion to Dismiss the Complaint; and

FURTHER ORDERED that Citigroup has until February 15, 2012 to file a reply in further support of its Motion to Dismiss the Complaint.

_____
Hon. Joseph A. Dickson, U.S.M.J.

The undersigned counsel of record hereby acknowledge
their consent to the form and entry of this Order:

ARSENEAULT WHIPPLE FASSETT
& AZZARELLO, LLP
Attorneys for Plaintiff,
  Lord Abbett Municipal Income Fund, Inc.

By: _____
       David W. Fassett, Esq.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Defendant,
  Citigroup Global Markets Inc.

By: _____
       Edwin A. Zipf, Esq.

1388032_1