Edwin A. Zipf (EZipf@bressler.com)
**BRESSLER, AMERY & ROSS**
A Professional Corporation
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Facsimile: (973) 514-1660

Marshall H. Fishman (Marshall.Fishman@freshfields.com) (*Pro Hac Vice* Application Pending)
Timothy P. Harkness (Timothy.Harkness@freshfields.com) (*Pro Hac Vice* Application Pending)
Cheryl L. Howard (Cheryl.Howard@freshfields.com) (*Pro Hac Vice* Application Pending)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>     Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS INC, a New York corporation, and JOHN DOES 1-10,<br><br>     Defendants. | Civil Action No. 2:11-cv-5550-CCC-JAD<br>Oral Argument Requested<br>Motion Date:  April 2, 2012<br><br><br>**DEFENDANT'S<br>NOTICE OF MOTION TO DISMISS** |

TO: ALL COUNSEL OF RECORD

  **PLEASE TAKE NOTICE t**hat on April 2, 2012, or as soon thereafter as counsel may be heard, Defendant Citigroup Global Markets Inc. ("CGMI") will move in the United States District Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey,

before the Honorable Claire C. Cecchi, U.S.D.J. for an order dismissing Plaintiff's Complaint with prejudice on that grounds that:

1. The claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6), 8(a) and 9(b). Plaintiff has failed to set out cognizable causes of action against CGMI and each cause of action should be dismissed.

In support of this motion, CGMI relies on the Memorandum of Law and Declaration of Cheryl L. Howard submitted herewith, any oral argument before the Court and papers previously filed with the Court.

WHEREFORE, CGMI respectfully requests that the Court dismiss all counts of the Complaint in this action.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Defendant
Citigroup Global Markets Inc.

By: /s/ Edwin A. Zipf
     Edwin A. Zipf

**Freshfields, Bruckhaus Deringer US LLP**
Marshall H. Fishman, Esq.
Timothy P. Harkness, Esq.
Cheryl L. Howard, Esq.
601 Lexington Avenue, 31st Fl.
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

Dated: December 12, 2011

## CERTIFICATE OF SERVICE

I, Edwin A. Zipf, Esq., hereby certify that on this 12th day of December, 2011 the foregoing Defendant's Motion to Dismiss to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                              s/ Edwin A. Zipf
                                                                 Edwin A. Zipf, Esq.

Dated: December 12, 2011