Edwin A. Zipf (EZipf@bressler.com)
**BRESSLER, AMERY & ROSS**
A Professional Corporation
325 Columbia Turnpike, Suite 301
Florham Park, NJ  07932
Telephone: (973) 514-1200
Facsimile:  (973) 514-1660

Marshall H. Fishman (Marshall.Fishman@freshfields.com)
Timothy P. Harkness (Timothy.Harkness@freshfields.com)
Cheryl L. Howard (Cheryl.Howard@freshfields.com)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY  10022
Telephone: (212) 227-4000
Facsimile:  (212) 277-4001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT MUNICIPAL, INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Fund, a Maryland corporation,<br><br>              Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, a New York corporation, and JOHN DOES 1-10,<br><br>              Defendants. | Civil Action No. 2:11-cv-5550-CCC-JAD<br><br>**CERTIFICATION IN SUPPORT OF PRO HAC VICE COUNSEL TO RECEIVE ELECTRONIC NOTICE** |

Request is hereby made by local counsel for Timothy P. Harkness, *pro hac vice* counsel, to receive electronic notification in the within matter, and it is represented that:

1.  An Order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  Pursuant to L.Civ.R.101.1(c)(3), the $150 fee <u>has been paid</u> to the Clerk of the Court.

/s/ Edwin A. Zipf  
Edwin A. Zipf, Esq.  
Bressler, Amery & Ross, P.C.  
325 Columbia Turnpike  
Florham Park, New Jersey 07932  
Attorneys for Defendant  
Citigroup Global Markets  
(973) 514-1200 (P) – (973) 514-1660 (F)  
ezipf@bressler.com  

**PRO HAC VICE ATTORNEY INFORMATION**  
Timothy P. Harkness, Esq.  
Freshfields Bruckhaus Deringer US LLP  
601 Lexington Avenue, 31st Floor  
New York, New York  10022  
(212) 227-4000 (P) – (212) 277-4001(F)  
timothy.harkness@freshfields.com