UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : <br> CITIGROUP GLOBAL MARKETS, INC., : <br> : <br> Defendant. : <br> : | Civil Action No. 11-5550 (CCC) <br><br> ORDER |

This matter having come before the Court upon Defendant's motion to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket Entry No. 15) ; and the Court deciding the matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure; and for the reasons expressed in the Opinion filed herewith; and for good cause shown,

IT IS on this 11 day of July, 2012,

**ORDERED** that the Defendant's motion to dismiss (Docket Entry No. 15) is hereby denied.

**HON. CLAIRE C. CECCHI**
**United States District Judge**