Edwin A. Zipf (EZipf@bressler.com)
**BRESSLER, AMERY & ROSS**
A Professional Corporation
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200
Facsimile: (973) 514-1660

Marshall H. Fishman (Marshall.Fishman@freshfields.com) (Admitted *Pro Hac Vice*)
Timothy P. Harkness (Timothy.Harkness@freshfields.com) (Admitted *Pro Hac Vice*)
Cheryl L. Howard (Cheryl.Howard@freshfields.com) (Admitted *Pro Hac Vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., a New York corporation, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:11-cv-05550-CCC-JAD<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER THE COMPLAINT** |

This matter having been opened to the Court upon the application of Bressler, Amery & Ross, P.C., counsel for Defendant Citigroup Global Markets

Inc. ("Citigroup"), and David W. Fassett, Esq., counsel for Plaintiff Lord Abbett Municipal Income Fund, Inc. ("Lord Abbett"), and the Court having noted the consent of the parties to the form and entry of this Order; and for good cause shown,

    IT IS on this _____ day of July, 2012,

    ORDERED that the time in which Citigroup may file its Answer to the Complaint is hereby extended from July 26, 2012 through and including August 16, 2012.

_____
Hon. Joseph A. Dickson, U.S.M.J.

The undersigned counsel of record hereby acknowledge
their consent to the form and entry of this Order:

ARSENEAULT WHIPPLE FASSETT &
AZZARELLO, LLP
Attorneys for Plaintiff,
Lord Abbett Municipal Income Fund, Inc.

By: _____
    David W. Fassett, Esq.

BRESSLER, AMERY & ROSS, P.C.
Attorneys for Defendant,
  Citigroup Global Markets Inc.


By: _____
       Edwin A. Zipf, Esq.