**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>                              Plaintiff,<br>v.<br>CITIGROUP GLOBAL MARKETS, INC., a New York corporation, and JOHN DOES 1-10,<br><br>                              Defendants. | Civil Action No. 2:11-cv-05550-CCC-JAD<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Citigroup Global Markets Inc. ("CGMI") states that CGMI is wholly owned by Citigroup Financial Products Inc., which in turn is wholly owned by Citigroup Global Markets Holdings Inc., which in turn is wholly owned by Citigroup, Inc., a publicly held company. No other publicly held corporation owns 10% or more of CGMI's stock.

Dated: Newark, NJ
August 17, 2012

BRESSLER, AMERY & ROSS, P.C.

By: _____/s/ Edwin A. Zipf_____
         Edwin A. Zipf

Edwin A. Zipf (EZipf@bressler.com)
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932

Marshall H. Fishman (Marshall.Fishman@freshfields.com)
Timothy P. Harkness (Timothy.Harkness@freshfields.com)
Cheryl L. Howard (Cheryl.Howard@freshfields.com)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022

Attorneys for Defendant Citigroup Global Markets Inc.