# ARSENEAULT, WHIPPLE, FASSETT & AZZARELLO, LLP

| | | |
|---|---|---|
| JACK ARSENEAULT<br>JOHN C. WHIPPLE[*]<br>DAVID W. FASSETT<br>JOHN A. AZZARELLO[+♦] | ATTORNEYS AT LAW<br><br>560 MAIN STREET<br>CHATHAM, NEW JERSEY 07928<br>(973) 635-3366<br>FAX (973) 635-0855<br>EMAIL info@awfa-law.com | THOMAS M. LENNEY[++]<br>ADALGIZA A. NUÑEZ[+]<br>JOHN J. ROBERTS[+] |

[+]ALSO ADMITTED IN NEW YORK
[++]ALSO ADMITTED IN MICHIGAN
[♦]ALSO ADMITTED IN WASHINGTON, DC

[*]CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

April 24, 2013

**VIA ECF**

Honorable Joseph A. Dickson, U.S.M.J.
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE: **Lord Abbett Municipal Income Fund, Inc. v. Citigroup Global Markets**
**Civil Action No. 11-5550 (CCC) (JAD)**

Dear Judge Dickson:

We represent Plaintiff. Following a telephonic status conference on April 22, 2013, the Court scheduled an in-person settlement conference for Tuesday, July 2, 2013 at 10:00 a.m.

Our co-counsel from Denver, Colorado has a conflict on that date and for much of that week. Accordingly, we respectfully request that the Court reschedule that conference for a date towards the end of the week of July 9, 2013 or for any date during the week of July 16, 2013. Defendant's counsel has consented to this rescheduling request.

Thank you for considering this request.

Respectfully,

s/ David W. Fassett

cc: All Counsel (via ECF)