John A. Azzarello (JAA 4363)
David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
Telephone: (973) 635-3366

Michael P. Cillo
Valeri S. Pappas
Jennifer A. Tiedeken
DAVIS & CERIANI, P.C.
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
(Admitted *Pro Hac Vice*)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS INC., a New York corporation, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:11-cv-05550-CCC-JAD |

## CONSENT ORDER EXTENDING DISCOVERY SCHEDULE

This matter having been opened to the Court upon the application of Davis & Ceriani, P.C., counsel for Plaintiff Lord Abbett Municipal Income Fund, Inc. ("Lord Abbett"), and Freshfields Bruckhaus Deringer US LLP, counsel for Defendant Citigroup Global Markets Inc. ("Citigroup"), and the Court having noted the consent of the parties to the form and entry of this Order, and for good cause shown,

IT IS on this 2ND day of August, 2013,

{00427062.DOC; 1}

ORDERED that the discovery schedule shall be extended as follows:

1. The deadline to complete fact discovery shall be extended from August 30, 2013 to October 15, 2013.

2. The deadline for submission of affirmative expert reports shall be extended from October 7, 2013 to November 20, 2013.

3. The deadline for responding expert reports shall be extended from November 4, 2013 to December 20, 2013.

4. The deadline to complete expert discovery shall be extended from January 10, 2014 to February 25, 2014.

5. As agreed to by the parties, Defendant consents to Plaintiff filing its First Amended Complaint with the Court. Defendant will have 30 days from the date of the filing of the Amended Complaint to answer it.

_____
Hon. Joseph A. Dickson, U.S.M.J.

Undersigned counsel of record hereby acknowledge their consent to the form and entry of this Order:

DAVIS & CERIANI, P.C.

Michael P. Cillo
Valeri S. Pappas
Jennifer A. Tiedeken
1350 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
(Admitted *Pro Hac Vice*)

and

John A. Azzarello (JAA 4363)
David W. Fassett (DWF 1636)
ARSENEAULT WHIPPLE FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
Telephone: (973) 635-3366

*Attorneys for Plaintiff*

By:     s/ David W. Fassett


FRESHFIELDS BRUCKHAUS DERINGER US LLP
Marshall H. Fishman
Timothy P. Harkness
Cheryl L. Howard
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 284-4940

and

Edwin A. Zipf
BRESSLER, AMERY & ROSS
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
Telephone: (973) 514-1200

*Attorneys for Defendant*

By:     s/ Edwin A. Zipf