Edwin A. Zipf (EZipf@bressler.com)
**BRESSLER, AMERY & ROSS**
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
Telephone:  (973) 514-1200
Facsimile:  (973) 514-1660

Marshall H. Fishman (Marshall.Fishman@freshfields.com) (admitted *Pro Hac Vice)*
Timothy P. Harkness (Timothy.Harkness@freshfields.com) (admitted *Pro Hac Vice)*
Cheryl L. Howard (Cheryl.Howard@freshfields.com) (admitted *Pro Hac Vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone:  (212) 227-4000
Facsimile:  (212) 277-4001

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, a new York Corporation,<br><br>                    Defendant. | Civil Action No. 2:11-cv-5550-CCC-JBC<br>Document Electronically Filed<br><br><br>**NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT** |

TO:     ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on February 17, 2015, or as soon thereafter as counsel may be heard, Defendant Citigroup Global Markets, Inc. ("Citigroup") will move in the United States District Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New

Jersey, before the Honorable Claire C. Cecchi, U.S.D.J. for an order granting summary judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Movants will rely on the accompanying Memorandum of Law, Statement of Material Facts Not in Dispute, and Declarations of Susan Rhudy, Daniel Mulligan, David Houston, and Timothy Harkness, with exhibits, and Declaration of Denise Faas.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted. Oral argument is requested.

Dated:  December 5, 2014

                                    BRESSLER, AMERY & ROSS, P.C.

                                    By:     /s/ Edwin A. Zipf
                                          Edwin A. Zipf

                                  Edwin A. Zipf (EZipf@bressler.com)
                                  325 Columbia Turnpike, Suite 301
                                  Florham Park, NJ 07932

                                  Marshall H. Fishman (Marshall.Fishman@freshfields.com)
                                  Timothy P. Harkness (Timothy.Harkness@freshfields.com)
                                  Cheryl L. Howard (Cheryl.Howard@freshfields.com)
                                  **Freshfields, Bruckhaus Deringer US LLP**
                                  601 Lexington Avenue, 31st Fl.
                                  New York, New York  10022

                                  Attorneys for Defendant Citigroup Global Markets Inc.