# ARSENEAULT & FASSETT, LLP

| | | |
|---|---|---|
| JACK ARSENEAULT<br>DAVID W. FASSETT | ATTORNEYS AT LAW<br><br>560 MAIN STREET<br>CHATHAM, NEW JERSEY 07928<br>(973) 635-3366<br>FAX (973) 635-0855<br>EMAIL info@af-lawfirm.com | JOHN J. ROBERTS⁺<br>GREGORY D. JONES<br><br>⁺ ALSO ADMITTED IN NEW YORK |

December 4, 2015

**VIA ECF**

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **RE:** **Lord Abbett, etc. v. Citigroup Global Markets**
           **Civil Action No. 11-5550 (CCC) (JAD)**

Dear Judge Cecchi:

    We are local counsel for Plaintiff. Pursuant to the Court's instruction, the parties have conferred and agreed to return to mediation before a new mediator, Michael D. Young of JAMS. The parties will promptly communicate with Mr. Young regarding scheduling. Thank you.

                                  Respectfully,

                                  s/ David W. Fassett

cc:    All counsel (via ECF)

SO ORDERED

s/Claire C. Cecchi
Claire C. Cecchi, U.S.D.J.
Date: 12/7/15