Edwin A. Zipf (EZipf@bressler.com)
**BRESSLER, AMERY & ROSS**
A Professional Corporation
325 Columbia Turnpike
Florham Park, New Jersey 07932
P.O. Box 1980
Morristown, New Jersey 07962
Telephone:  (973) 514-1200
Facsimile:  (973) 514-1660

Marshall H. Fishman (Marshall.Fishman@freshfields.com (admitted *Pro Hac Vice*)
Timothy P. Harkness (Timothy.Harkness@freshfields.com) (admitted *Pro Hac Vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone:  (212) 227-4000
Facsimile:  (212) 277-4001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., on behalf of its series Lord Abbett High Yield Municipal Bond Fund, a Maryland corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, a new York Corporation,<br><br>    Defendant. | Civil Action No. 2:11-cv-5550-CCC-JBC<br>Document Electronically Filed<br><br><br>**NOTICE OF WITHDRAWAL**<br>**OF COUNSEL** |

To the Clerk of Court and all parties of record:

Please withdraw the appearance of Cheryl L. Howard, admitted *Pro Hac Vice*, as counsel for Defendant Citigroup Global Markets ("Defendant"). The basis for this withdrawal is that Ms. Howard is no longer employed by Freshfields Bruckhaus Deringer US LLP. The undersigned attorneys who have appeared on Defendant's behalf from Bressler, Amery, & Ross, P.C. and Freshfields Bruckhaus Deringer US LLP will continue to represent Defendant in this matter.

Dated:  January 11, 2016

                                              Respectfully submitted,

                                              /s/ Edwin A. Zipf
                                              Edwin A. Zipf, Esq.

                                              Edwin A. Zipf (EZipf@bressler.com)
                                              325 Columbia Turnpike, Suite 301
                                              Florham Park, New Jersey 07932

                                              Marshall H. Fishman (Marshall.Fishman@freshfields.com)
                                              Timothy P. Harkness (Timothy.Harkness@freshfields.com)
                                              **Freshfields, Bruckhaus Deringer US LLP**
                                              601 Lexington Avenue, 31st Floor
                                              New York, New York  10022

                                              *Attorneys for Defendant Citigroup Global Markets Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2016, on behalf of Defendant Citigroup Global Markets Inc., I caused the foregoing Notice of Withdrawal of Counsel to be served electronically with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 11, 2016

/s/ Edwin A. Zipf
Edwin A. Zipf, Esq.