**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 11-5550 (CCC) |
| v. | : | |
| | : | **ORDER** |
| CITIGROUP GLOBAL MARKETS, INC., | : | |
| | : | |
| Defendant. | : | |

**CECCHI, District Judge.**

**I.   INTRODUCTION**

This matter comes before the Court by way of Defendant Citigroup Global Markets, Inc.'s ("Defendant") motion for summary judgment against Plaintiff Lord Abbett Municipal Income Fund, Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 56(a). (ECF No. 62). The Court also addresses two motions related to the summary judgment submissions: (1) Defendant's "motion to strike portions of Plaintiff's opposition to Defendant's motion for summary judgment and its motion in limine to exclude inadmissible evidence and declarations of Plaintiff's purported experts," (ECF No. 113); and (2) Plaintiff's "motion to supplement the declaration of Michael P. Cillo," a declaration filed in opposition to the summary judgment motion. (ECF No. 126). For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 4th day of August, 2017,

**ORDERED** that Defendant's motion for summary judgment (ECF No. 62) is **DENIED**; it is further

1

**ORDERED** that Defendant's motion in limine (ECF No. 113) is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that Defendant's motion to strike (ECF No. 113) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion to supplement (ECF No. 126) is **DENIED**.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.