# ARSENEAULT & FASSETT, LLP

| JACK ARSENEAULT | ATTORNEYS AT LAW | JOHN J. ROBERTS+ |
| DAVID W. FASSETT | | GREGORY D. JONES |
| ANGEL M. DeFILIPPO | 560 MAIN STREET | |
| | CHATHAM, NEW JERSEY 07928 | + ALSO ADMITTED IN NEW YORK |
| | (973) 635-3366 | |
| | FAX (973) 635-0855 | |
| | EMAIL info@af-lawfirm.com | |

August 10, 2017

**VIA ECF**

Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      RE:    **Lord Abbett, etc. v. Citigroup Global Markets**
               **Civil Action No. 11-5550 (CCC) (JAD)**

Dear Judge Cecchi:

      We are local counsel for Plaintiff. In accordance with the Court's instruction, the parties have conferred about the Opinion dated August 4, 2017 and filed under seal [Doc. 141]. The parties do not request any redactions and, therefore, consent to the Opinion's unsealing. Should the Court approve, please conform this letter in the space below.

      Thank you.

                                                    Respectfully,

                                                    s/ David W. Fassett

cc:    All counsel (via ECF)

SO ORDERED: _____
                              Honorable Claire C. Cecchi, U.S.D.J.

                            August 11, 2017